**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **ELAINE CODY AND** <br> **DAVID CODY,** <br><br> **Plaintiffs,** <br><br> vs. <br><br> **ELI LILLY AND COMPANY,** <br><br> **Defendant**. | ) <br> ) <br> ) <br> ) <br> )    **CIVIL ACTION No. 1:07-cv-01887 JR** <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Pursuant to LCvR 83.6, please enter the appearance of John Chadwick Coots as counsel for Defendant Eli Lilly and Company in the above-captioned matter.

Respectfully Submitted,

SHOOK, HARDY & BACON, L.L.P.

 /s/ John Chadwick Coots
John Chadwick Coots, DC Bar No. 461979
600 14th Street, N.W., Suite 800
Washington, D.C. 20005-2004
(202) 783-8400 Telephone
(202) 783-4211 Facsimile

**ATTORNEYS FOR DEFENDANT**
**ELI LILLY AND COMPANY**

143131v1

**CERTIFICATE OF SERVICE**

        I, the undersigned, hereby certify that a true and accurate copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, this 23rd day of October, 2007, which sent notification of such filing to all counsel of record listed below.

Aaron M. Levine
Aaron M. Levine & Associates
1320 19th Street, N.W., Suite 500
Washington, D.C. 20036
**Attorneys for Plaintiff**

                                              /s/ John Chadwick Coots
                                              **ATTORNEY FOR DEFENDANT**
                                              **ELI LILLY AND COMPANY**