IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ELAINE CODY, et al.,** ] | |
| ] | |
| **Plaintiffs,** ] | |
| ] | |
| v. ] | Civil Action No.: 07-1887 (JR/AK) |
| ] | Next Event: |
| **ELI LILLY AND COMPANY,** ] | |
| ] | |
| **Defendant.** ] | |

**AMENDED [PROPOSED] SCHEDULING ORDER**

The parties propose the following schedule:

January 4, 2008:    Deadline for serving discovery requests.

April 3, 2008:    Deadline for plaintiffs to designate experts and provide expert reports, pursuant to Rule 26(a)(2).

June 2, 2008:    Deadline for defendant to designate experts and provide expert reports, pursuant to Rule 26(a)(2).

August 1, 2008:    All Discovery Closed. The parties agree that experts may be deposed until the close of discovery.

August 31, 2008:    Deadline for filing Dispositive Motions.

October 2008:    Pre-Trial Conference.

*N.B.    In addition, Defendant Lilly proposes July 1, 2008 as the deadline for joinder or amending the pleadings.*

DATED: _____    _____
                                                                                    ALAN KAY
                                                                                    United States Magistrate Judge

|  | Respectfully submitted, |
|---|---|
| AARON M. LEVINE & ASSOCIATES | SHOOK, HARDY & BACON, L.L.P. |
| /s/ Aaron M. Levine | /s/ John Chadwick Coots (by permission-rm) |
| AARON M. LEVINE, #7864 | JOHN CHADWICK COOTS, #461979 |
| 1320 19th Street, N.W., Suite 500 | 600 14th Street, N.W., Suite 800 |
| Washington, DC 20036 | Washington, DC  20005-2004 |
| 202/833-8040 | 202-223-1200 |
| Fax: 202-833-8046 | Fax: 202-783-4211 |
| Counsel for Plaintiffs | and |
|  | David W. Brooks, Esq. |
|  | Jonathan H. Gregor, Esq. |
|  | SHOOK, HARDY & BACON, L.L.P. |
|  | 2555 Grand Boulevard |
|  | Kansas City, MO 64108 |
|  | 816-474-6550 |
|  | Fax: 816-421-5547 |
|  | Counsel for Defendant Eli Lilly and Company |

December 13, 2007