IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ELAINE CODY AND DAVID CODY,**<br><br>**Plaintiffs,**<br><br>vs.<br><br>**ELI LILLY AND COMPANY,**<br><br>**Defendant.** | CIVIL ACTION No. 1:07-cv-01887 JR/AK |

**NOTICE OF WITHDRAWAL OF
DEFENDANT ELI LILLY AND COMPANY'S
MOTION TO TRANSFER TO THE DISTRICT OF MASSACHUSETTS**

COMES NOW defendant Eli Lilly and Company ("Lilly") and respectfully withdraws Defendant Eli Lilly and Company's Motion To Transfer To The District Of Massachusetts, without prejudice to refile the motion. In support of its notice, Lilly states as follows:

1. Lilly filed its motion to transfer on February 22, 2008 (Docket Item No. 15).

2. Lilly moved to transfer plaintiff's action to the District of Massachusetts because all of the events allegedly giving rise to plaintiff's claims, including the alleged prescription, purchase and exposure to diethylstilbestrol, occurred in Massachusetts.

3. The parties are currently attempting to resolve this action without the need for further court intervention. Accordingly, Lilly withdraws its pending motion to transfer, without prejudice to refile it, to avoid contributing to unnecessary congestion of the Court's docket.

148053v1

- 2 -

4. To the extent the parties are unable to resolve this action, Lilly reserves the right to refile its motion to transfer.

For these reasons, defendant Eli Lilly and Company respectfully notifies the Court and plaintiff that it hereby withdraws Defendant Eli Lilly and Company's Motion To Transfer To The District Of Massachusetts, without prejudice to refile the motion.

Respectfully submitted,

SHOOK, HARDY & BACON L.L.P

/s/ John Chadwick Coots
Michelle R. Mangrum, D.C. Bar No. 473634
John Chadwick Coots, D.C. Bar No. 461979
600 14TH Street, N.W., Suite 800
Washington, D.C. 200005-2004
Phone: (202) 783 -8400
Fax: (202) 783-4211

and

David W. Brooks
SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd.
Kansas City, Missouri 64108
Phone: (816) 474-6550
Fax: (816) 421-5547

**ATTORNEYS FOR DEFENDANT
ELI LILLY AND COMPANY**

- 3 -

## CERTIFICATE OF SERVICE

   I, the undersigned, hereby certify that a true and accurate copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, this 21st day of July, 2008, which sent notification of such filing to all counsel of record listed below.

Aaron M. Levine
Aaron Levine & Associates
1320 19th St., N.W., Suite 500
Washington, D.C. 20036
**Attorneys for Plaintiff**

                   /s/ John Chadwick Coots
                  **ATTORNEY FOR DEFENDANT**
                  **ELI LILLY AND COMPANY**

148053v1