CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

ELAINE CODY, et al.        )
                           )
                           )
                           )
            Plaintiff      )
    v.                     )   Civil Case Number 07-1887 (RCL)
                           )
                           )
                           )
                           )
ELI LILLY AND COMPANY      )   Category B
                           )
            Defendant      )

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on <u>August 21, 2008</u> from <u>Judge James Robertson</u> to <u>Chief Judge Royce C. Lamberth</u> by direction of the Calendar Committee.

(Case transferred by consent.)

JUDGE ELLEN S. HUVELLE
Chair, Calendar and Case
Management Committee

cc:   <u>Judge Robertson</u> & Courtroom Deputy
      <u>Chief Judge Lamberth</u> & Courtroom Deputy
      Liaison, Calendar and Case Management Committee
      Civil Case Processing Clerk